NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**APELDYN CORPORATION,**
*Plaintiff-Appellant,*

v.

**AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA,**
*Defendants-Appellees,*

AND

**CHI MEI OPTOELECTRONICS CORPORATION AND CHI MEI OPTOELECTRONICS USA INC.,**
*Defendants-Appellees,*

AND

**SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,**
*Defendants.*

_____

2012-1172

_____

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0568, Judge Sue L. Robinson.

_____

## ON MOTION

## ORDER

Upon consideration of Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA's (collectively "CMO") motion for a one-month extension of time, until December 5, 2012, to file their response brief,

IT IS ORDERED THAT:

The motion is granted. CMO's response brief is due no later than December 5, 2012.

FOR THE COURT

NOV 2 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Scott G. Seidman, Esq.
Terrence Duane Garnett, Esq.
Donald R. McPhail, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 8 2012

JAN HORBALY
CLERK